IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LONNIE B. ADAMS,** | CIV S-07-1579 LEW CMK P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, Warden, et al.,** | |
| Respondents. | |

Respondents have requested a thirty-day extension of time in which to file a response to Petitioner's federal application. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including October 16, 2007, in which to file a response to Petitioner's federal petition for writ of habeas corpus.

September 24, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE